UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14522-DMM

JAMES ALDERMAN, *on behalf of*
*himself and all others similarly situated*,

    Plaintiff,

v.

GENPACT SERVICES, LLC,
*a Delaware Limited Liability Company,*

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, JAMES ALDERMAN, gives notice to the Court that he has agreed on terms of a settlement with Defendant, GENPACT SERVICES, LLC.

    Plaintiff requests 45 days to effectuate the settlement terms.

Dated: January 30, 2017.                  Respectfully submitted,

                                          */s/ Leo W. Desmond*
                                          Leo W. Desmond, Esq.
                                          Florida Bar No. 0041920
                                          5070 Highway A1A
                                          Suite D
                                          Vero Beach, FL 32963
                                          Tel: 772-231-9600
                                          Fax: 772-231-0300
                                          lwd@verobeachlegal.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 30, 2017, with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Leo W. Desmond*
Leo W. Desmond, Esq.
Florida Bar No. 0041920
5070 Highway A1A
Suite D
Vero Beach, FL 32963
Tel: 772.231.9600
Fax: 772.231.0300
lwd@verobeachlegal.com
 *Attorney for Plaintiff*

**SERVICE LIST**
Lauren M. Burnette, Esq.
Barron & Newburger, P.C.
450-106 State Road 13 N. Suite 326
Saint Johns, FL 32259
Tel: (904) 201-9120
lburnette@bn-lawyers.com
*Attorney for Defendant*