**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 2:16-cv-14522-DMM

JAMES ALDERMAN, *on behalf of*
*himself and all others similarly situated*,

      Plaintiff,

v.

GENPACT SERVICES, LLC,
*a Delaware Limited Liability Company,*

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, JAMES ALDERMAN, and Defendant, GENPACT SERVICES, LLC, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby STIPULATE AND AGREE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims, between all parties, with each party to bear their own costs and attorneys' fees in this matter.

Dated: February 3, 2017.　　　　　　　　　　　　Respectfully submitted,

                                                              */s/ Leo W. Desmond*
                                                             Leo W. Desmond, Esq.
                                                             DESMOND LAW FIRM, P.C.
                                                             Florida Bar No.: 0041920
                                                             5070 Highway A1A, Suite D
                                                             Vero Beach, Florida 32963
                                                             Telephone: (772) 231-9600
                                                             Facsimile: (772) 231-0300
                                                             lwd@verobeachlegal.com
                                                             *Attorney for Plaintiff*

*/s/ Lauren M. Burnette*
Lauren M. Burnette, Esq.
Flroida Bar No.: 120079
BARRON & NEWBBURGER, P.C.
450-106 State Road 13 N. Suite 326
Saint Johns, FL 32259
Tel: (904) 201-9120
lburnette@bn-lawyers.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Leo W. Desmond
Leo W. Desmond, Esq.
DESMOND LAW FIRM, P.C.
Florida Bar No. 0041920
5070 Highway A1A
Suite D
Vero Beach, FL 32963
Tel: 772.231.9600
Fax: 772.231.0300
lwd@verobeachlegal.com
*Counsel for Plaintiff*